AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **JOSUE RIVERA-RAMOS** | Case Number: 91-CR-160 (6)(RLA) |
| | USM Number: 07320-069 |
| | AFPD, RAFAEL ANDRADE-RAVELO |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   Standard Cond. 7 & Special Conditions   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition 7 | Failure to refrain from excessive use of any narcotic or other controlled substance, except as prescribed by a physician. | 06/14/06, 08/4/06, 12/27/06, 3/23/07 to 3/26/07. |
| Special Condition | Failure to report for urinalyses program as order by the US Probation Officer | 6/12/06, 9/15/06, 10/25/06, 2/16/07, 2/21/07, 3/16/07, 5/25/07. |
| Special Condition | Failure to participate in a substance abuse program as arranged and approved by US Probation Officer until duly discharged by authorized personnel. | 1/11/07, 1/12/07, 2/26/07, 3/19/07. |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

September 5, 2007
Date of Imposition of Judgment

S/ Raymond L. Acosta
Signature of Judge

Defendant's Residence Address:

RAYMOND L. ACOSTA, U.S. DISTRICT JUDGE
Name and Title of Judge

September 5, 2007
Date

Defendant's Mailing Address:

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | JOSUE RIVERA-RAMOS | |
| CASE NUMBER: | 91-CR-191 (06) (SEC) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    **TWELVE (12) MONTHS.  No additional supervision to follow.**

X   The court makes the following recommendations to the Bureau of Prisons:
    That the defendant be provided with substance abuse treatment, if so determined by the BOP.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL